NORTH LITTLE ROCK DISTRICT COURT **Filed**
200 West Pershing Ave.    2017 JUL 11  AM 11: 03
North Little Rock, AR 72114

North Little Rock
District Court
1st. Division

Kenneth R. Matthews

Civil Division.

v.

Case No. CV 17-302

AT&T Corp. dba AT&T U-verse
AT&T Mobility AT&T Credit,
Franklin Collection Services, Inc.
IC System, Inc. and other
Unknown named Defendants

## COMPLAINT

Comes Kenneth R. Matthews, the Plaintiff for his Complaint and states:

I. **Plaintiff**

1. Kenneth R. Matthews resides at 212 west Bean St., Clarksville AR 72830 with his spouse (former residence 1516 Circledale Rd., North Little Rock, AR. 72116). 501-351-5506

II. **Defendants**

2. AT&T Corporation dba AT&T U-Verse, AT&T Mobility, AT&T Credit, 102 Lenox Park Drive, Atlanta, GA 30318.

3. Franklin Collection Services, 278 w. Jackson St., Tupelo, MS (662-844-7776

4. IC Systems, INC, 444 Highway 96, East St. Paul, MN 55127 (651-483-8201.

5. Other unknown named co-defendants.

III. **JURISDICTION**

6. Jurisdiction is invoked under the Federal Fair Credit Reporting Act, Fair Credit and Collection Act, Arkansas fair Trade Practices Act Uniform Commercial Code, and Conspiracy including Arkansas criminal Jurisdiction'

IV. **FACTS**

7. November 3, 2015, the Sherwood (Arkansas) District Court filed the Judgement: Ken Matthews, 1516 Circledale Rd., North Little Rock, AR 72116 v. ATT Corp (Improperly named AT&T and AT&T U-Verse), 1 AT&T Way, Badminster, NJ 07921 In pertinent part stating "This cause having been satisfied in full is hereby ordered adjudged to be Dismissed... See Public Record Judgment 15-1214, attached hereto as Exhibit 1, and incorporated herein by reference a Public Record.

8. In early 2015, the Matthews family (Plaintiff) moved to 212 west Bean Street, Clarksville, AR 72830 (AT&T U-Verse service was not available in Clarksville). No U-Verse commitment existed and all AT&T/U-Verse equipment was returned to U-Verse.

9. Plaintiff AT&T Mobility, Account 366936481, a grandfathered cell phone account (501-351-3958 and 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) service is/was continued. The service was at all time in good standing, and AT&T causes were satisfied

in October 2015, see Exhibit 1. AT&T and its attorneys had all case account documents.

10. In December 2015, Defendant IC Systems (a collection agency) contacted the Plaintiff in June 2016. Defendant Franklin Collection (a collection agency) contacted the Plaintiff to collect a purported AT&T-U-Verse balance. The collection agencies were provided documentation, including a copy of the Judgment. Likewise, U-Verse was provided Judgment copies and referred to their Attorney, J. Ward, Tulsa, OK 74103 with remarks.

11. Defendant credit collection agencies attempted to intimidate - extort a payment on behalf of their client, including reporting a past-due account to credit reporting companies to harm/damage Plaintiff's credit with remarks.

12. IC Systems (12/21/15), Franklin Collection (06/21/2016) without permissible purpose made account review inquiries for Plaintiff's Credit Report in violation of the Fair Credit Reporting Act. Defendant Collection Agencies, violated the Fair Credit Collection Act by threat to report false credit information. *Defendants actions were intended to + caused plaintiff Hoeft Gowa emotional distress and anxiety.*

13. The credit collection agencies referred the Collection Account back to their client. Plaintiff's grandfathered AT&T Account with roll over

3

minutes is/was at all times in good standing, Paid or with a Credit Balance. AT&T filed legal documents, establishing a pattern of bad faith.

14. The Plaintiff at no time requested the cancellation or termination of his paid AT&T Cellular account. June 3, 2017, Defendant AT&T Corp. cancelled the paid-grandfathered account (on its own volition) in reliance on unpublished or disclosed procedures, AT&T Reactivated Plaintiff's phone/grandfathered account.

15. AT&T Corporation (AT&T Mobility) required a Credit Check to reactivate Plaintiff's phones/account and AT&T Credit required (extorted) a purported U-Verse balance of $131.50 with full knowledge of the Sherwood Count Judgment, including all case documents.

16. The issues, facts, and jurisdiction are not related to the causes satisfied at CV15-1214, but occurred between December 2015 and June 2017 reflecting a bad faith, knowingly and willfully violated the Sherwood Court Judgment, extorted a false $131.50 account balance by AT&T Credit,

17. Defendant was at all times aware or should have been aware the corporate causes were satisfied in October 2015. The corporation through fraud and misrepresentation knowingly and willfully in bad faith attempted to damage Plaintiff.

18. The credit collection company Defendants (Franklin Collection and IC Systems) in bad faith, knowingly and willfully, with no permissible purpose obtained Plaintiff's person credit information from a credit reporting company in violation of the Fair Credit Reporting Act.

19. The collection agencies practices/procedures violated the Fair Credit Collection Act by threat and intimidation on behalf of its client to collect a satisfied account in violation of known Court Judgement

20. AT&T staff (U-Verse Legal/Dispute people) in bad faith failed to verify, or ignored, business records, as well as outside legal records, to willfully, knowingly harm the Plaintiff.

## CONCLUSION

21. Defendants knowingly, wantonly, and willfully conspired to violate the Fair Credit Reporting Act to do Plaintiff financial and credit harm in violation of the Statute to threaten, blackmail or extort a $13$.50 [131.50] purported AT&T/U-Verse balance to knowingly violate a Court Judgment and to Plintiff harm.

## PRAYER FOR RELIEF

1. That all Defendants cease credit reporting inquiries without full investigation of client accounts.

2. Award the Plaintiff $13$.50 [131.50] for funds illegally extorted from the Plaintiff.

5

3. Award Plaintiff $4,999 individual and collectively from the Defendants for violation of law and Plaintiff's Rights including AT&T damages individually and collectively..

Respectfully submitted.

Executed
7/18/17

Kenneth R. Matthews
212 W. Bean Street
Clarksville, AR 72820
501-351-5506

6

# North Little Rock District Court
## Docket

**Case #:** CV-17-302

## Party Information

**Plaintiff(s):**

Matthews, Kenneth R -- 212 W. Bean St., Clarksville, Arkansas 72830

**VS**

**Defendant(s):**

Att Corporation Dba Att U-Verse Att Mobility Att Cred -- 102 Lenox Park Dri
Franklin Collection Services -- 278 West Jackson Street, Tupleo, Mississippi
Ic Systems Inc -- 444 Hwy 96, Saint Paul, Minnesota 55127

**Attorney:**

**Attorney:**

## Case Information

| Case #: CV-17-302 | Filing Date: 07/11/17 | Case Type: Civil | Case Category: Breach of Contract | First Appear Date: |

## Claim Information

| Filing Date | Claim Amt | Arose Date | Claim Type |
|---|---|---|---|
| 07/11/17 | $4,999.00 | 11/03/15 | Claim |

## Civil Action Information

| Action Type | Date Filed | Filing Fee | Service Method | Service Completed Date | Service not Complete Return Date |
|---|---|---|---|---|---|
| Claim | 07/11/17 | $80.00 | Private Process Server | 07/28/17 | |

## Event Information

| Date | Description | Employee | Event Text |
|---|---|---|---|
| 07/11/17 | Claim | DAM | Civil Case# CV-17-302 Filed on 07/11/17 with Claim for Breach of Contract that arose on or about the date of 11/03/15 in the amount of $4,999.00. Plaintiff(s) requested Service Method of Private Process Server. Plaintiff(s) incurred the following Cos |
| 07/11/17 | Claim | DAM | ts or Fees: (# 1  $65.00  Court Cost - Civil and # 2  $15.00  Court Technology Fee - Civil/Small Claims) in the Total Amount of $80.00. |
| 07/11/17 | Receipt | DAM | Receipt #17-15433 in the amount of $80.00 taken from Matthews, Kenneth R on 07/11/17. |
| 07/11/17 | Receipt Voided | DAM | Void Receipt #17-15433 on 07/11/17, in the amount of $80.00 taken from Matthews, Kenneth R. |
| 07/11/17 | Receipt | DAM | Receipt #17-15435 in the amount of $80.00 taken from Matthews, Kenneth R on 07/11/17. |
| 08/14/17 | Served | DAM | For Document ( Claim), Notice of Service Completed was received on 07/28/17 By Certified Mail Return Receipt. Respondent(s): (D) Att Corporation Dba Att U-Verse Att Mobility Att Cred. |
| 08/14/17 | Served | DAM | For Document ( Claim), Notice of Service Completed was received on 07/28/17 By Certified Mail Return Receipt. Respondent(s): (D) Franklin Collection Services. |
| 08/14/17 | Served | DAM | For Document ( Claim), Notice of Service Completed was received on 07/28/17 By Certified Mail Return Receipt. Respondent(s): (D) Ic Systems Inc. |