UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENNETH R. MATTHEWS                                                                                           PLAINTIFF

vs.                                        Civil Action No. 4:17-CV-00544-JM

AT&T CORP. d/b/a AT&T U-VERSE;                                                          DEFENDANTS
AT&T MOBILITY; AT&T CREDIT;
FRANKLIN COLLECTION SERVICES,
INC.; IC SYSTEM, INC.; and Other
Unknown Named Defendants

## JOINT NOTICE OF SETTLEMENT

The parties jointly advise the Court a settlement has been reached. The Court's September 20, 2017 Order to Show Cause why Plaintiff has not responded to Franklin Collection Services, Inc.'s motion to dismiss is now moot. Once Plaintiff receives the settlement check, the case will be dismissed with prejudice.

Respectfully submitted,

/s/ Kenneth R. Matthews (signed w/ permission)
Kenneth R. Matthews
212 W. Bean St.
Clarksville, AR 72830
Phone: (501) 351-5506
***Pro Se Plaintiff***

/s/ Jeremy K. Ward
Jeremy K. Ward, AR Bar #2012014
Franden, Farris, Quillin,
　　Goodnight & Roberts
Williams Center Tower II
Two West Second St., Suite 900
Tulsa, OK  74103-3101
Phone: (918) 583-7129
Facsimile: (918) 584-3814
jward@tulsalawyer.com
***Attorney for Defendant AT&T Mobility, LLC (improperly named AT&T Corp. d/b/a AT&T U-verse, AT&T Mobility, and AT&T Credit)***

/s/ Kimberly Wood Tucker
Adrienne L. Baker, AR Bar #2007159
Kimberly Wood Tucker, AR Bar #83175
Wright, Lindsey & Jennings, LLP
200 W. Capitol Ave., Suite 2300
Little Rock, AR 72201-3699
Phone: (501) 371-0808
Facsimile: (501) 376-9442
abaker@wlj.com
ktucker@wlj.com
***Attorneys for Franklin Collection Services, Inc.***

/s/ Scott Tidwell
Scott Tidwell, AR Bar #2007207
Matthews, Campbell, Rhoads,
　McClure & Thompson, PA
119 S. Second Street
Rogers, AR 72756-4525
Phone: (479) 636-0875
Facsimile: (479) 636-8150
sst@mcrmt.com
***Attorney for IC System, Inc.***

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September, 2017, a true and correct copy of the above and foregoing was mailed, properly addressed and postage fully prepaid to:

Kenneth R. Matthews
212 W. Bean St.
Clarksville, AR 72830
Phone: (501) 351-5506
*Pro Se Plaintiff*

I hereby certify that on the 28th day of September, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the Following ECF registrants:

Adrienne L. Baker
Kimberly Wood Tucker
Wright, Lindsey & Jennings
200 W. Capitol Ave., Suite 2300
Little Rock, AR 72201-3699
abaker@wlj.com
ktucker@wlj.com
***Attorneys for Franklin Collection Services, Inc.***

Scott Tidwell
Matthews, Campbell, Rhoads,
  McClure & Thompson, PA
119 S. Second Street
Rogers, AR 72756-4525
sst@mcrmt.com
***Attorney for IC System, Inc.***

Jeremy K. Ward
Franden, Farris, Quillin,
    Goodnight & Roberts
Williams Center Tower II
Two West Second St., Suite 900
Tulsa, OK  74103-3101
jward@tulsalawyer.com
***Attorney for Defendant AT&T Mobility, LLC (improperly named AT&T Corp. d/b/a AT&T U-verse, AT&T Mobility, and AT&T Credit)***

                                          /s/ Jeremy K. Ward
                                            Jeremy K. Ward